IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDE MURRY,

    Plaintiff,

v.

ALAMEDA COUNTY MEDICAL CENTER; PROVIDENCE PAVILION; HIGHLAND HOSPITAL; and BURGER-KING RESTAURANT,

    Defendants.

No. C 12-06542 SI

**JUDGMENT**

    The First Amended Complaint is dismissed without leave to amend for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 25, 2013

SUSAN ILLSTON
United States District Judge