IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE MURRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY MEDICAL CENTER; PROVIDENCE PAVILION; HIGHLAND HOSPITAL; and BURGER-KING RESTAURANT,<br><br>　　　　Defendants.<br>_____ / | No. C 12-06542 SI<br><br>**JUDGMENT** |

　　　The First Amended Complaint is dismissed without leave to amend for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 25, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge